UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-1116-MWF(MRWx)**                                             Dated: **June 20, 2016**

Title:      Shirley Lindsay -*v*- Pao Yu Investments, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                           None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Mediation Report filed June 17, 2016 indicating the case settled on June 8, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 18, 2016, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated*.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                           Initials of Deputy Clerk   cw
CIVIL - GEN

-1-