JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, <br><br> Plaintiff, <br><br> v. <br><br> PAO YU INVESTMENTS, LLC, a California Limited Liability Company; MANDARIN DELI CORP., a California Corporation; and Does 1-10, <br><br> Defendants. | Case:2:16-CV-01116-MWF-MRW <br> **ORDER** |

### ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 14, 2016

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

1